Appeal Case# 23-2281    File Copy

United States Court of Appeals

For the Seventh Circuit

DATE OF DECISION:
04/17/2024

Chicago, Illinois

| | | |
|---|---|---|
| Admiral Ms. Helene Tonique Laurent Miller | ) | Appealed from the U.S. District |
| (Appellant-Plaintiff, and Veteran) | ) | Court for the Northern District of |
| | ) | Illinois, Eastern Division. |
| Vs. | ) | Case# 1:18-cv-05213 |
| Executive Committee of the | ) | Chief Judge: Rebecca R. Pallmeyer |
| United States District Court | ) | Seventh Circuit Appeal Judges: |
| For The Northern District of | ) | Michael B. Brennan, Circuit Judge |
| Illinois. | ) | Michael Y. Scudder, Circuit Judge |
| (Appellees-Defendants, and Respondents) | ) | Joshua P. Kolar, Circuit Judge |

4-18-2024

**My Appellant's Motion to be granted**

**Modification of court order/**

**My Appellants Argument &**

**Exhibits Attached**

"I object against the order not allowing me to File my motion for another two years, and also motion to re-Consider this motion now!"

Introduction of My Appellant's Motion

I Admiral Ms. Helene Tonique Laurent Miller, who's also a U.S. Navy Admiral Veteran,

Appellant, and Plaintiff within this now dismissed Appeal case "*Miller vs. Executive*

*Committee, U.S. District court case number 1:18-cv-05213 & U.S. Court of Appeals case*

*number 23-2281,*" now move to be granted my Appellant's motion to modify the court order of

dismissal of this Appeal case that was court ordered and entered on April 17th, 2024. Also, this

order was decided by the U.S. Court of Appeals presiding/Seventh Circuit Court law Judges

*Michael B. Brennan, Michael Y. Scudder, and Joshua P. Kolar.,*   (Page 1)

Filed by Appellant: Admiral Ms. Helene Tonique Laurent Miller

Appeals Case # 23-2281

## My Appellants Statement of Facts

4-18-2024

I Admiral Ms. Helene Tonique Laurent Miller, who's also the Appellant, and Plaintiff within this case allege that two of the three cases that was mentioned within the court order enter on April 17th, 2024., in which I was sanctioned, and fined $500.00 wasn't filed by me within the U.S. District Court. The only case that I actually filed was *Miller vs. Lions Gate et Al case number 1:22-cv-03308*. This was done via "Drop Box," due to the U.S. District court's clerk office being closed so I wasn't able to get the paperwork in front of the clerks in order for the clerks to forward the paperwork for this case to the Executive Committee. This was an error on the behalf of both the U.S. District courts clerk office as well as the Executive Committee, therefore I shouldn't have been sanctioned or fined $500.00 for this case file either. The other two cases as follow case number *1:22-cv-07165* and case number *1:23-cv-00084* were two Notices of Removals of the cases filed by the Defendants attorney's. I originally filed both these cases within the *Cook County Circuit Court, First Municipal District*. By the attorney for the Defendant's within both lawsuits filing a Notice of Removal this was a Federal Assault, retaliation, and a violation of both my civil rights, and constitutional rights. The attorney's also changed the title of the case by adding themselves as the Defendants instead of keeping the case title the way original had them within the *Cook County Circuit Court's First Municipal District*. Both the U.S. District court Judge, & the Executive Committee biasly allowed the attorney's to get away with this after I filed Notices of Filing to object, and blamed me for the Notice of Removals the attorney's filed on me as the Plaintiff.

Page 2

Filed by Appellant: Admiral Ms. Helene Tonique Laurent Miller

They then held me accountable for the filings by fining me $500.00 and sanctioning me from future filings. The Executive Committee's Executive Order was only to make me a restricted filer within the U.S. District court clerk office. The Executive Committee doesn't actually have a right to deny me a right to sue within the Cook County Circuit Court's First Municipal District. The Defendants attorney's also filed bias motions to dismiss for lack of jurisdiction, and their motions were granted. This is Judicial Misconduct due to the Defendants attorney's original filed Notices of Removals from the Cook County Circuit Court's First Municipal District for lack of jurisdiction as well.

<u>My Appellants Argument</u>

<u>& Objections</u>

I Admiral Ms. Helene Tonique Laurent Miller, who's also the Appellant, and Plaintiff within this case that's being appealed before the U.S. Court of Appeals for the Seventh Circuit ***object*** against the Executives Committee's $500.00 sanction and fine against me. This is due to the Executive Committee being aware that the Defendants attorney's within both lawsuit cases 1:22-cv-07165 & 1:23-cv-00084 that I wasn't actually the one who filed the two lawsuits within the U.S. District court, the Defendants attorney's filed Notices of Removals for the cases to be removed from Cook County Circuit Court's First Municipal to the U.S. District court, and I filed a Plaintiff's Notice of Filing to object against the Notice of Removals, and didn't agree with the attorney's filing the Notice of Removals.

Page 3

Filed by Appellant: Admiral Ms. Helene Tonique Laurent Miller

4-18-2024

After the U.S. District court Judges made their orders granting the Defendants attorney's motions

to dismiss for lack of jurisdiction, I filed an appeal due to me as Plaintiff warning both the Judge

and the Executive Committee that I objected against the two Notices of Removal, and they

ignored my objections and ruled in the Defendants attorney's favor anyway. The cases were

decided by Judge Steven C. Seeger case number 1:23-cv-00084 and Judge Jorge L. Alonso case

number 1:22-cv-07165. I also ***object*** against having to pay the filing fee for the Miller vs. Lions

Gate et Al case number 1:22-cv-03308. This is due me filing this lawsuit via "Drop Box," after

business hours, the clerk office was closed, and none of the clerks were able to take the case

directly from in order to forward to the Executive Committee for review. The Executive

Committee has used case number 1:18-cv-05213 to deny my Constitutional rights of Due

Process, my Equal & Fair trail, and Free speech rights of Constitution for six years biasly. As a

U.S. Navy Admiral veteran, who's currently serving my command within the United States

Federal Reserves, and Post 9/11 ex-Illinois State Guard this is a federal assault against me by the

Defendants who filed the two Notice of Removals. It's also a federal assault that the Executive

Committee tried to sanction me and fine me $500.00 for the Defendants attorney's filing the

Notices of Removals from the Cook County Circuit Court's First Municipal District.

Filed by Appellant: Admiral Ms. Thlene Irwin Lauderdale

## My Appellants Conclusions

I Admiral Ms. Helene Tonique Laurent Miller, who's also the Appellant, and Plaintiff within this

Appeal case move to comply with Rule 28 (a) of the Federal Rule of the Appellate Procedure by

filing my "Appellate Procedure by filing my Appellants Motion to be granted Modification of

the court order Argument with attached exhibits. I'd like to comply with correcting the errors

Appellants Argument(s) as mentioned within 24/F.3d at 545-46., by presenting my Appellants

Motion to be granted modification of court order & Argument, which includes my arguments &

objections with exhibits. Finally, I allege as the Appellant that I object against paying the

$500.00 sanction fine due to the reasons explained within my argument as the Appellant which is

my Prove Up presenting facts of Judicial misconduct, and bias behavior by the Judges and the

Executive Committee as well as retaliation. This concludes my Appellants motion to be granted

modification of entered order to dismiss case & my Appellants Argument, and exhibits that's

attached. (*See Appendixes A-A3 & Exhibits A-D5*) For the said reasons my motion should be

granted.

Admiral Ms. Helene Tonique Laurent Miller X          Date: 04-18-2024

Admiral Ms. Helene Tonique Laurent Miller (Appellant, Plaintiff, and Veteran)

P.O. Box 1243 Chicago Illinois, 60690

Email: thecubswin16@gmail.co

Cell Phone number: (312)-402-7761

Filed By Appellant: Admiral Mrs. Helene Tonique Laurent Miller

*[handwritten: 4-18-2024]*

*[handwritten: Appeal case# 23-2281]*

> **NONPRECEDENTIAL DISPOSITION**
> To be cited only in accordance with FED. R. APP. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

*[handwritten: "Appendix A / Exhibits A–D5 attached!"]*

Submitted April 15, 2024[*]
Decided April 17, 2024

*Before*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

No. 23-2281

| | |
|---|---|
| HELENE TONIQUE LAURENT MILLER, <br>     *Plaintiff-Appellant,* <br><br> *v.* <br><br> EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, <br>     *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 18 CV 05213 <br><br> Rebecca R. Pallmeyer, <br>     *Chief Judge.* |

*[handwritten: Filed by Appellant, Plaintiff, and veteran: Helene Tonique Laurent Miller]*

---

[*] We have agreed to decide the case without oral argument because the Appellant's brief and the record adequately present the facts and legal arguments, and oral argument would not significantly aid the court. FED. R. APP. P. 34(a)(2)(C).

# ORDER

*4-18-2024*

Helene Miller, who has used several different names on her many federal complaints, including "Helene Re Re T. Williams" and "Helene Tonique Williams," is a restricted filer in the Northern District of Illinois. She appeals multiple decisions by the Executive Committee of the United States District Court for the Northern District of Illinois, relating to her filing restrictions. But rather than pointing to any errors in the orders she is appealing, Miller simply asks us to lift her restricted-filer status. Because she presents us with no arguments, we dismiss her appeal.

Miller has a history of filing frivolous and often (but not always) repetitive federal lawsuits. On July 31, 2018, the Executive Committee designated Miller as a restricted filer after she filed 10 lawsuits in the Northern District of Illinois between June 19, 2018, and July 31, 2018. Pursuant to its order, Miller must seek leave from the Executive Committee to file new civil complaints, and each complaint must be accompanied by an affidavit stating that the claims were not already raised in a previous lawsuit. Miller's appeal of this order was dismissed for failure to prosecute.

Miller was not deterred from filing new lawsuits, and in February 2023, the Executive Committee entered a $500 sanction and, until she paid it, a filing bar pursuant to *Support Systems International, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995). In the months that followed, the Executive Committee resolved three cases that had been referred to it pursuant to its 2018 and 2023 filing restrictions. As relevant for this appeal, the Executive Committee dismissed two of Miller's lawsuits (Nos. 23-cv-00084 & 22-cv-7165) and denied her leave to file a complaint in a third lawsuit (No. 22-cv-03308), all because she failed to comply with the terms of her filing restrictions; for example, she did not seek leave from the Executive Committee before filing new suits. Without paying the $500 fine, Miller moved to rescind the *Mack* bar, but the Executive Committee denied the motion.

Miller, who paid the appellate filing fee, now challenges each of these decisions.[1] But, in her appellate brief, she does not attempt to explain why any of these decisions

---

[1] She also appeals an order denying her motion for leave to appeal in forma pauperis with respect to one of the dismissed cases (No. 23-cv-00084). However, before the Executive Committee addressed the motion, we had already dismissed the corresponding appeal because there was not yet any final appealable order. *See* App. No. 23-1077. Later, the Executive Committee dismissed the underlying case, and that

*Filed by Appellant Plaintiff, and veteran: Helena Renei Helene Tunique lawsuit Miller*

Appeal Case # 23-2281
"Appendix A² / Exhibits A-D⁵
attached!"

4-18-2024

No. 23-2281                                                                 Page 3

are erroneous. Nor does she attempt to show that any of the three underlying cases
should have been allowed to proceed. Instead, she simply requests that we remove all
her filing restrictions. But in appeal no. 18-3339 she unsuccessfully appealed the original
imposition of filing restrictions in 2018. And in this appeal, she does not explain why
further restrictions associated with her unpaid fine are erroneous or why she should be
permitted to appeal them all without having complied with the Executive Committee's
terms for modifying or rescinding the *Mack* order (paying the fine or, after two years,
demonstrating inability to pay). Miller's appellate brief also discusses her desire to pay
all filing fees as a "settlement," but it is unclear what matter or matters Miller seeks to
settle, and, in any case, we are not the court to do it.

Although she is a pro se litigant, Miller is required to comply with Rule 28(a) of
the Federal Rules of Appellate Procedure by, among other things, raising a discernible
argument for reversal. *See Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001); *see also
Greenbank v. Great Am. Assurance Co.*, 47 F.4th 618, 629 (7th Cir. 2022) (appellant is
obligated to argue why the judgment should be reversed). Miller does not give us any
arguments specific to the decisions she appealed, and so we dismiss the appeal.
*See Anderson*, 241 F.3d at 545–46.

We have previously warned Miller that we may impose sanctions for pursuing
frivolous appeals. *See Williams v. Preckwinkle*, 782 F. App'x 493 (7th Cir. 2019). She has
not heeded this warning, nor has she been deterred by the district court's filing
restrictions and other sanctions. We therefore find it appropriate to further sanction
Miller. We order that, until Miller pays her financial sanctions in full, as well as all
outstanding filing fees in the courts within this Circuit, the clerk of this court, and the
clerks of all district courts within this circuit, are directed to return unfiled any papers
submitted by Miller directly, using any of the names she has litigated under, or by
anyone on her behalf. *See In re City of Chi.*, 500 F.3d 582, 585–86 (7th Cir. 2007); *Support
Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995). This order will be lifted upon full
payment. *See City of Chicago*, 500 F.3d at 585–86. If Miller, despite her best efforts, is
unable to pay what she owes, she is authorized to submit to this court a motion to
modify or rescind this order no earlier than two years from the date of this order. *See id.*;

---

decision is among those Miller now appeals. Her appellate filing status is resolved, and
so there is nothing for us to address with respect to the denial of IFP status (Doc.
No. 108 in the matter on appeal).

rule 40.12 civil Procedure (U.S. District Court errors)!

Filed by Appellant, Plaintiff, and Veteran: [signature] Miller

*Mack,* 45 F.3d at 186. This filing bar excludes criminal cases and applications for writs of habeas corpus. *See Mack,* 45 F.3d at 186.

DISMISSED

Filed by Appellant, Plaintiff, and veteran: [signature]

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

*Appeal case# 23-2281*

Helene Tonique Laurent Miller

4-18-2024

Plaintiff,

v.

Case No.: 1:22–cv–03308
Honorable Virginia M. Kendall

LionsGate, et al.

Defendant.

*Exhibit A*

## NOTIFICATION OF DOCKET ENTRY

*Filed by Appellant, Plaintiff, and Veteran: Admurs forms Helene Tonique Laurent Miller*

This docket entry was made by the Clerk on Friday, July 15, 2022:

MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff Miller brings suit against the four Defendants for "zoning, trafficking, money laundering, and racketeering through my federal P.O. Box." She claims that she uses the box for her "presidential service for the United States federal government" and that the Defendants have privately accessed it to "send checks, open bank accounts, zone, traffick and money launder." There are no facts set forth tying any of the Defendants to any specific action. For the defendant allegedly acting in an official capacity against her, she cites to the City of Chicago Film Office and Lions Gate. Plaintiff Miller fails to allege any facts to show that these two entities were acting under the color of law. In order for a Plaintiff to prevail in § 1983 suit, she must establish that she was "deprived of a right secured by the Constitution or laws of the United States, and that the alleged deprivation was committed under color of state law." Am. Mfrs. Mut. Ins. Co., v. Sullivan, 526 U.S. 40, 49–50, 119 S.Ct. 977, 143 L.Ed.2d 130 (1999); Case v. Milewski, 327 F.3d 564, 566 (7th Cir.2003). Although Miller claims her Fourteenth Amendment rights were violated, she fails to allege any facts showing how the Defendants were state actors or how they violated those rights. She alleges conclusions against all Defendants including the bank and an unknown corporation, but again she does not provide any facts that give her federal jurisdiction. As a result of the conduct of the Defendants, she alleges she was injured because the Defendants "dominated her P.O. box, stole her identity and accessed her personal accounts." These conclusions are wholly insufficient under the standards set forth by Federal Rules of Procedure 8 and 12. While Miller has shown she cannot pay the filing fee, her Complaint must be dismissed for failure to state a claim for which relief can be granted. The Court also notes that Plaintiff alleges she is not working due to injuries yet states she had no income from sources like disability or unemployment. Her allegations are also inconsistent with her application in that she claims that she has no assets; yet, she also alleges that Defendants "accessed her personal accounts" and also that checks were sent to the P.O. Box. These inconsistencies are a cause for concern and therefore, Miller, is reminded that her application is filed under oath. Such inconsistencies could be sufficient grounds in themselves for denying an in forma pauperis application. Cf. Kennedy v. Huibregtse, 831 F.3d 441, 443–44 (7th Cir. 2016) (affirming dismissal with prejudice after litigant misrepresented assets on in forma pauperis application); Ayoubi v. Dart, 640 F. App'x 524, 528–29 (7th Cir. 2016) (approving dismissal as a sanction when a

4-18-2024

litigant has lied to receive the benefit of proceeding in forma pauperis). Her application to proceed in forma pauperis [4] is accordingly denied. Plaintiff is granted leave to amend her Complaint consistent with this Opinion, if possible, on or before 8/4/2022. Failure to file an amended pleading will result in summary dismissal of the action. Mailed notice(lk, )

Filed by Appellant, Plaintiff, and Veteran: *Almatms. Milene Jamgne Laurent Milly*  Exhibit A 1

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Appeal Case # 23-2281

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HELENE TONIQUE LAURENT MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4-18-2024 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO DEPARTMENT OF | ) | Case No. 22 cv 7165 |
| LAW, CAROLINE FRONCZAK, DEPUTY | ) | |
| CORPORATION COUNCIL, DANIELLE | ) | Exhibit B |
| ALVAREZ CLAYTON, and WILLIAM | ) | |
| COOK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

NOW COME Defendants, CITY OF CHICAGO DEPARTMENT OF LAW, CAROLINE

FRONCZAK, DEPUTY CORPORATION COUNSEL, DANIELLE ALVAREZ CLAYTON, and

WILLIAM COOK, by and through their undersigned attorneys, and hereby present this Notice of

Removal, requesting the removal of this case, originally filed in the Circuit Court of Cook County,

Illinois, First Municipal District, to the United States District Court for the Northern District of

Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, and in support state:

1.      On December 6, 2022, Plaintiff filed this cause of action in the Circuit of Cook

County, Illinois, as case No. 2022 M1 014892. *See **Plaintiff's Complaint and Summons,**

**attached hereto pursuant to 28 U.S.C. § 1446 (a) as Exhibit 1.**

2.      Defendants received notice of the Complaint and Summons, **Ex. 1**, on or about

December 8, 2022.

Filed by Plaintiff, Appellant, and Veteran: Admissions, Helene Tonique Laurent Miller

*Appeal Case # 23-2281*

*4-18-2024*

3.    All of the Defendants named in this lawsuit consent to the removal of this matter to the United States District Court for the Northern District of Illinois, Eastern Division, and file this motion jointly.

*Exhibit B1*

4.    The Complaint and Summons filed on December 6, 2022, and which Defendants received notice of on or about December 8, 2022, are the initial pleadings in the State court case.

5.    This Notice is being timely filed within thirty (30) days of Defendants first receiving the initial pleadings.

6.    The Complaint alleges that alleges that Defendant, DANIELLE ALVAREZ CLAYTON (hereafter "Clayton"), and the CITY OF CHICAGO DEPARTMENT OF LAW (hereafter "Chicago") deprived her of her constitutional rights of due process and a fair trial. **in** violation of the Fourteenth Amendment against the individual Defendants. (**Ex. 1**).

7.    This Court has original jurisdiction over the claimed violation of federal constitutional rights alleged in the Complaint pursuant to 28 U.S.C. §§ 1331 and 1343; accordingly, this cause of action may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441, 1443, and 1446.

8.    Pursuant to 28 U.S.C. 1446(a), Defendants, CITY OF CHICAGO DEPARTMENT OF LAW, CAROLINE FRONCZAK, DEPUTY CORPORATION COUNSEL, DANIELLE ALVAREZ CLAYTON, and WILLIAM COOK, submit all process, pleadings and orders served upon them in the Circuit Court of Cook County, Illinois. (**Exhibit 2**).

Respectfully Submitted,

*CITY OF CHICAGO DEPARTMENT OF LAW, CAROLINE FRONCZAK, DEPUTY CORPORATION COUNSEL, DANIELLE ALVAREZ CLAYTON, and WILLIAM COOK*

*Filed by Appellant, Plaintiff, and Veteran:*

Appeal case # 23-2281        4-18-2024

By: /s/Patrick H. O'Connor

Exhibit B2

Patrick H. O'Connor
Special Assistant Corporation Counsel
Hartigan & O'Connor, P.C.
53 W. Jackson, Suite 460
Chicago, IL 60604
(312) 235-8880
patoconnor@hartiganlaw.com

Filed by Appellant, Plaintiff, and veteran: Admiral ms. Xylene Tangue Laurent Philly

SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2/27/2022

Ms. Helene Tanique Laurent Miller

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

4-18-2024

Appeal Case # 23-2281    Exhibit B³

Ms. Helene Tanique Laurent-Miller )

Plaintiff )

v. )

City of Chicago Department of Law et Al. )

Defendant Plaintiff, and Veteren: )

Filed by Appellant,  Administrations: Helene Tanique Laurent Miller )

**Case Number:** 1:22-CV-07165

**Judge:** Jorge L. Alonso

**Magistrate Judge:** Heather K. McShain

**FILED**  LM

12/27/2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

See application for fee waiver / Order or fee waiver attached!

Notice of filing /
Notice to have Fee waiver tendered
over to the 7th Circuit Court of
Appeals!

I Ms. Helene Tanique Laurent Miller, who's the
Plaintiff within this civil lawsuit in which
had a "Notice of Removal" filed from the Cook
County circuit court to the U.S. Federal District
Court for litigation, verify that I'm filing this
Notice to have my approved application of fee
Waiver tendered over to the U.S. 7th circuit
court of appeals as part of this case. This
should be honored to waive all fees including
the $402.00 docket fee paid by all Defendants!
Thank You!

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Cook **COUNTY** | **APPLICATION FOR WAIVER OF COURT FEES** Appeal case # 23-2281 | Exhibit B4 FILED 4-18-2024 |

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where the case was filed. | Ms. Helene Tonique Laurent Miller | |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person being charged as. Defendant/Respondent. | v. Brenden Kelly / Illinois State Police, et al. Director office of firearms Safety, and City of Chicago's Department of law. | |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | **Defendant /Respondent** *(First, middle, last name)* | 20221014892 Judge. Courtroom. 1112 Case Number |

**Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:**

| In 1a, enter your full name | 1. I believe I cannot afford to pay the court fees in this case and I am providing the following information about myself: |
|---|---|
| In 1b, only enter the year you were born. DO NOT enter your entire date of birth. | a. Name: Ms. Helene Tonique Laurent Miller First        Middle        Last |
| In 1c, enter your complete current address. | b. Year of Birth: FOIA c. Street Address: P.O. Box 1243 City, State, ZIP: Chicago IL, 60690 |
| In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially. | 2. I am providing the following information about people who live with me: a. I support ___0___ adults *(not counting myself)* who live with me. b. I support ___0___ children under 18 who live with me. |
| In 2b, enter the number of people under age 18 living in your house who you support. | 3. I am receiving 1 or more of the benefits listed below: ☑ Yes  ☐ No |
| In 3, check "Yes" if you are currently receiving 1 or more of the benefits listed below. If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4. | • Supplemental Security Income (SSI) (Not Social Security) • Aid to the Aged, Blind and Disabled (AABD) • Temporary Assistance to Needy Families (TANF) • SNAP (Food Stamps)  ✓  ( $200 - ) • General Assistance (GA), Transitional Assistance, or State Children and Family Assistance Filed by Appellant, Plaintiff, and veteran, Admiral Ms. Helene Tonique Laurent Miller |

**\*\*If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.\*\***

| WA-P 603.4 | Page 1 of 3 | (07/19) |
|---|---|---|

Enter the Case Number given by the Circuit Clerk: _____

**4. I checked "No" in section 3, so I am providing the following financial information:**

| | |
|---|---|
| In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3. | **a.** I have a pending application for 1 or more of the benefits listed in section 3: Exhibit B5  4-18-224 ☐ Yes ☐ No |
| In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type. | **b.** I received the following money in the past month. *(check all that apply)* ☐ My employment: $ —      ☐ Social Security (not SSI): $ _____ ☐ Child support: $ _____      ☐ Unemployment: $ _____ ☐ Pension: $ _____ ☐ Money from other household members: $ _____ ☑ Other *(list type and amount)*: SNAP $200 -      $ _____ ☐ No income Total of all money received in the past month: $ 200 - |
| Under Other in 4b and 4c, include any money received from family or friends. | ✗ Unemployed since 2020 due to Cov |
| In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type. | **c.** I received the following total amount of money in the past 12 months. *(check all that apply)* ☐ My employment: $ _____      ☐ Social Security (not SSI): $ _____ ☐ Child support: $ _____      ☐ Unemployment: $ _____ ☐ Pension: $ _____ ☐ Money from other household members: $ _____ ☐ Other *(list type and amount)*: $2,400  SNAP      $ _____ ☐ No income Total of all money received in the past 12 months: $ _____ |
| In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense. | **d.** My current monthly debts and expenses are listed below. *(check all that apply)* ☐ Rent: $ —  per month  Homeless/Shelter due order to ☐ Home Mortgage: $ _____ per month  Vacate ☐ Other Mortgage: $ _____ per month ☐ Utilities: $ —  per month ☐ Food: $ 200 -  per month ☐ Medical: $ _____ per month ☐ Car Loan: $ _____ per month ☐ Childcare: $ _____ per month ☐ Child Support: $ _____ per month ☐ Other expenses not listed above *(list type and amount)*: _____ $ _____ ☐ Other debts not listed above *(list type and amount)*: _____ $ _____ ☐ I have no expenses. Total of all expenses: $ 200 -  per month |

Filed by Appellant, Plaintiff, and Veteran: Delaine Coms Melene Tongue and Chelly

Appeal case #23-231 (4-18-234)

Enter the Case Number given by the Circuit Clerk: 2022014892

Exhibit B6

In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage.

**e.  I have the belongings listed below.** *(check all that apply)*

| | |
|---|---|
| ☐ Bank accounts and cash totaling: | $ |
| ☐ Home worth: | $ |
| The total I owe on my home mortgage is: | $ |
| ☐ Other real estate, not including the house I live in, worth: | $ |
| The total I owe on my other mortgage is: | $ |

☐ 1st vehicle worth:  $ _____  The 1st vehicle is paid off:  ☐ Yes  ☑ No
☐ 2nd vehicle worth:  $ _____  The 2nd vehicle is paid off:  ☐ Yes  ☑ No
☐ Other *(list items and value)*: _____  $ _____
☑ None of the above

Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

/s/ Ms. Helene Janique Laurent-Miller

*Your Signature*

P.O. Box 1243

*Street Address*

Ms. Helene Janique Laurent Miller

*Print Your Name*

Chicago IL, 60690

*City, State, ZIP*

None Minor

*Relationship to Minor or Incompetent Adult (if applicable)*

312-402-7761

*Telephone*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. Enter your complete current address and telephone.

If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person. Enter your complete current address and telephone number.

**GETTING COURT DOCUMENTS BY EMAIL:** If you agree to receive court documents by email, check the box below and enter your email address. You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information or notice of court dates. Other parties may still send you court documents by mail.

☑ I agree to receive court documents at this email address during my entire case.

blueberry0037@yahoo.com

*Email*

Filed by Appellant, Plaintiff, and Veteran: Admiralis Helene Janique Laurent Miller

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** | **ORDER FOR WAIVER OF COURT FEES** | | For Court Use Only |

**Cook** COUNTY

Appeal Case # 23-2281

4.18-2024

| Instructions ▼ | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | Ms. Helene Tonique Laurent Miller |
| | **Plaintiff / Petitioner** (First, middle, last name) |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | |
| | v. Brendon Kelly / |
| Enter the name of the person being sued as Defendant/Respondent. | Illinois State Police, Director |
| | A.T.N.M. office of firearms |
| Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one. | Safety, and City of Chicago's Department of law |
| | **Defendant / Respondent** (First, middle, last name) |

Exhibit-B

20221014892
Judge: Courtroom 1112
Case Number

| Enter your full name as "Applicant." | **Applicant Name:** Ms. Helene Tonique Laurent Miller |
|---|---|
| | First          Middle          Last |

The Court having reviewed the **Application for Waiver of Court Fees** hereby finds:

| **DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form. | 1. ☑ The applicant **qualifies** for a **full (100%)** waiver of all fees, costs, and charges because *(check only one):* |
|---|---|

a. ☑ The applicant receives means-based government assistance under one or more of the following programs:
- **Supplemental Security Income (SSI)** (Not Social Security)
- Aid to the Aged, Blind and Disabled (AABD)
- Temporary Assistance for Needy Families (TANF)
- SNAP (Food Stamps)
- General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

**OR**

b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Department of Health and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges;

**OR**

c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** (75%, 50%, or 25%) waiver of all fees, costs, and charges because the applicant's household income is *(check one):*
- ☐ more than **125%** but not greater than **150%** (75% waived); OR
- ☐ more than **150%** but not greater than **175%** (50% waived); OR
- ☐ more than **175%** but not greater than **200%** (25% waived)

of the current poverty level as established by the US Department of Health and and Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable

Filed by Appellant, Plaintiff, and Veteran: *(signature)* Helene Tonique Laurent Miller

*Appeal Case # 23-2281*

Enter the Case Number given by the Circuit Clerk: 2022 9001989 2

to pay the fees, costs, or charges. *Exhibit B8*  4-18-2024

3. ☐ The applicant must **provide additional information and attend a hearing** before the court decides if the applicant qualifies for a fee waiver.

4. ☐ The applicant **does not qualify** for a fee waiver because (*must state specific reason*):

_____

_____

**IT IS HEREBY ORDERED:**

A. ☑ *Application for Waiver of Court Fees* is **GRANTED**.

    i. ☐ The applicant qualifies for a **full waiver**, and may participate in this case without payment of fees, costs, or charges.
         **OR**

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows (*check one*):
        ☐ **75%** of all fees, costs, and charges **are waived** (*and the applicant must pay 25% of all fees, costs, and charges*).
        ☐ **50%** of all fees, costs, and charges **are waived** (*and the applicant must pay 50% of all fees, costs, and charges*).
        ☐ **25%** of all fees, costs, and charges **are waived** (*and the applicant must pay 75% of all fees, costs, and charges*).
        Charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, or any other court ordered fees listed in 735 ILCS 5/5-105(a)(2)(1).

    ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                  *Date*
        **OR**
    ☐ Upon good cause shown, the applicant may make payments as follows (*describe deferral, installment plan, or other reasonable terms*):

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date.

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____
                                                            *Date*
    at _____ in courtroom: _____
       *Time*

    The applicant must bring the following documents: _____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
    The applicant must pay fees, costs, and charges currently due by: _____
                                                              *Date*

    **Judge James T. Derico, Jr.**

| | |
|---|---|
| **DO NOT** complete this section. The judge will sign and date here. | **ENTERED:** DEC 06 2022 _____ Circuit Court - 2252  12-6-22 |
| | *Judge*                  *Date* |

*Filed by Appellant, Plaintiff, and Veteran:*

Case: 1:22-cv-07165 Document #: 13 Filed: 12/28/22 Page 1 of 1 PageID #:47

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Ms. Helene Tonique Laurent Miller        12-28-2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

(Admiral U.S. Navy) Appeal case #23-2281        Exhibit B⁹

Ms. Helene Tonique Laurent Miller )
**Plaintiff** )        Case Number: 1:22-CV-07165
 )
 )        Judge: Jorge L. Alonso
 v. City of Chicago's )
Department of Law et Al )        Magistrate Judge: Heather K. McShain
 )
**Defendant** )
        4-18-2024

**FILED**

DEC 28 2022 ev

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of filing for
Objection/Strike against Docket
Numbers #11, 12!

To be tendered
to the 7th
Circuit Court
of Appeals!

I Ms. Helene Tonique Laurent Miller, who's the Appellant/
Plaintiff within this case object against the way
my name was incorrectly put within docket #11 titled
"Acknowledgment of receipt," my name was incorrectly as
"Helene Tonique Laurent Miller, f" as the appellant, and
within docket #12 titled "Circuit Rule 3(b) fee notice,"
in which my name was also once again entered
incorrectly as "Helene Tonique Laurent Miller, f." I object/
strike against these incorrect docket entries as well in-
proper filings and demand that this be updated, corrected,
and reflected correctly within both the District court
and 7th circuit court of appeals. Due order!

Filed by Appellant, Plaintiff, and Veteran: Admiral Ms. Helene Tonique Laurent Miller

*Appeal Case# 23-2281*

*4-18-2024*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

*Exhibit B* 10

### RE: Local Rule 3.2 Notification of Affiliates

ANNUAL REMINDER: Pursuant to Local Rule 3.2 ("Notification of Affiliates"), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates or, if the party has no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning 5% or more of a party. Any entity or individual who owns 5% or more of any such affiliate shall also be included within the definition of "affiliate." The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information.

ENTER:

FOR THE COURT

Dated at Chicago, Illinois this 29th day of December 2022

*Filed by Appellant, Plaintiff, and Veteran: Admial Mrs Ylvve Tunigedement Mille*

SM

Appeal case # 23-2281        12-30-2022

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

4-18-2024

Admiral U.S. Navy )
Ms. Helene Tonique Laurent Miller )
        Plaintiff        )        Case Number: 1:22-CV-07165
                )
                )        Judge: Jorge L. Alonso
        v. City of Chicago's )
Department of Law et Al. )        Magistrate Judge: Heather K. McShain
                )
        Defendant        )        Exhibit B 11

**FILED**

DEC 30 2022 LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_Appellant / Plaintiff's_
_Objection to Docket # 15!_

Tender over
to the 7th
Circuit Appeals
Court!

I U.S. Navy Admiral Ms. Helene Tonique Laurent Miller, who's the Appellant/Plaintiff within this case, and also a Veteran of the U.S. Rums Forces object Docket entry (#15) due to it's lack of jurisdiction within the U.S. District Court because of new appeal case within the U.S. Seventh Circuit Court of Appeals! (See Case No. 22-3270)

Filed by Appellant, Plaintiff, and Veteran;

Admiral Ms. Helene Tonique Laurent Miller

*Appeal Case # 23-2281     4-18-2024*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HELENE TONIQUE LAURENT MILLER, | ) | *Exhibit C* |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| EZEKIEL SAKYIAMA, MOUNT SINAI | ) | Formerly Case No. 20221014323 |
| MEDICAL GROUP, GILBERTO MUNOZ, | ) | Circuit Court of Cook County, Illinois |
| ILLINOIS DEPARTMENT OF HUMAN | ) | |
| SERVICES BUREAU OF DISABILITY, | ) | |
| NANA DARKO, and ILLINOIS | ) | |
| DEPARTMENT ON AGING, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

To:  Iris Martinez                          Helene Tonique Laurent Miller (*pro se*)
     Clerk of the Circuit Court              P.O. Box 1243
     Richard J. Daley Center, Room 1001      Chicago, IL 60690
     50 West Washington Street               blueberry0037@yahoo.com
     Chicago, Illinois 60602

The Social Security Administration, by their attorney, John R. Lausch, Jr., United States

Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned

civil action from the Circuit Court of Cook County, Illinois, to the United States District Court,

Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a)(1), and in support thereof states the

following:

1.     Plaintiff Helene Tonique Laurent Miller commenced an action in the Circuit Court

of Cook County, Illinois, against the Social Security Administration ("SSA"), on November 29,

2022.  The complaint includes difficult-to-decipher claims about Miller's social security benefits

being "connected" to the Illinois Department of Human Services, and that said entity may have

*Filed by Appellant, Plaintiff, and Veteran: [signature] Helene Tonique Laurent Miller*

*Appeal Case # 23-2281* *4-18-2024*

*Exhibit C-1*

hacked her SSA account. SSA is not privy to how the other defendants relate to Miller's claims

against the SSA.

2.      Copies of the summons and complaint brought by Miller are attached to this notice

as Exhibit A, in accordance with 28 U.S.C. § 1446(a).

3.      Pursuant to 28 U.S.C. § 1442(a)(1), any civil action commenced against the United

States or a federal agency—here, the SSA—in a state court may be removed to the district court

for the district and division embracing the place where the state court action is pending.

4.      The complaint is subject to dismissal on jurisdictional grounds because a federal

statute, 42 U.S.C. § 405(g), that gives United States District Courts jurisdiction "is

the exclusive basis for jurisdiction in Social Security claims." *Williams v. Califano*, 593 F.2d 282,

284 n.2 (7th Cir. 1979). Because the state court lacked jurisdiction over this claim, this court

acquires no jurisdiction upon removal, even if the case could have been brought in federal court in

the first instance. *Ricci v. Salzman*, 976 F.3d 768, 773 (7th Cir. 2020); *Edwards v. Department of

Justice*, 43 F.3d 312, 316 (7th Cir. 1994); *Cole v. United States*, 657 F.2d 107, 109 (7th Cir. 1981).

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is

properly removed to this court pursuant to 28 U.S.C. § 1442(a)(1).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kate Lambert
    KATE LAMBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7605
    kate.lambert@usdoj.gov

*Filed by Appellant Plaintiff, and veteran:*

*Appeal Case # 23-2281*     *4-18-2024*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION     *Exhibit C²*

| | |
|---|---|
| HELENE TONIQUE LAURENT MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| EZEKIEL SAKYIAMA, MOUNT SINAI ) | Formerly Case No. 20221014323 |
| MEDICAL GROUP, GILBERTO MUNOZ, ) | Circuit Court of Cook County, Illinois |
| ILLINOIS DEPARTMENT OF HUMAN ) | |
| SERVICES BUREAU OF DISABILITY, ) | |
| NANA DARKO, and ILLINOIS ) | |
| DEPARTMENT ON AGING, ) | |
| ) | |
| Defendants. ) | |

### Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with

Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following

document:

### NOTICE OF REMOVAL OF A CIVIL ACTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by

first-class mail on January 6, 2023, to the following non-ECF filers:

Iris Martinez
Clerk of the Circuit Court
Richard J. Daley Center, Room 1001
50 West Washington Street
Chicago, Illinois 60602

Helene Tonique Laurent Miller (*pro se*)
P.O. Box 1243
Chicago, IL 60690
blueberry0037@yahoo.com

*Filed by Appellant, Plaintiff, and Veteran: [signature] Helene Tonique Laurent Miller*

Appeals Case # 23-2281      4-18-2024

Exhibit C³

s/ Kate Lambert
KATE LAMBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635
kate.lambert@usdoj.gov

Filed by Appellant, Plaintiff, and Veteran: Admiral Ms. Tylene Tyrqued ammunt Shilley

Appeal case # 23-2281          4-18-2024

Exhibit C[4]

# Exhibit A

Filed by Appellant, Plaintiff, and Veteran: Delanial/Mrs. Tylene Tonique Laurent/Philly

4-18-2024

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

**STATE OF ILLINOIS,
CIRCUIT COURT**

Cook **COUNTY**

*Appeal case # 23-2281*

**SMALL CLAIMS SUMMONS**

For Court Use Only

*[stamp]*
NOV 0 9
CLERK OF THE CIRCUIT
OF COOK

*Exhibit C5*

**Instructions ▾**

Directly above, enter the name of the county where you are filing the case.

Enter your name as Plaintiff.

Enter the names of all people or businesses you are suing as Defendants.

Enter the Case Number given by the Circuit Clerk.

*Ms. Helene Tonique Laurent Miller*
**Plaintiff** *(First, middle, last name)*

v.

**Defendants** *(First, middle, last name or business name):*
*Social Security Administration*
*et At.*
*H.U.*

☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

*2022L014323*
**Case Number**

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff:** | If you are suing more than 1 Defendant, fill out a *Small Claims Summons* form for each Defendant.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information** *Please Serve A.P. Person of*

a. Defendant/Respondent's primary address/information for service:
   Name *(First, Middle, Last):* *Social Security Administration office*
   Registered Agent's name, (if any): *None*
   Street Address, Unit #: *605 W. Washington BLVD*
   City, State, ZIP: *Chicago IL 60661-9911*
   Telephone: *None Known* Email: *None Known*

In 1b, enter a second address for Defendant/Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here: *Please Serve A.P. Person of*
   Name *(First, Middle, Last):* *Social Security Administration office*
   Street Address, Unit #: *2127 W. Lawrence Ave*
   City, State, ZIP: *Chicago IL, 60625-1409*
   Telephone: *877-409-8426* Email: *None Known*

In 1c, check how you are sending your documents to Defendant/

c. Method of service on Defendant/Respondent
   ☐ Circuit Clerk
   ☑ Sheriff          ☐ Sheriff outside Illinois: _____
                                            *County & State*
   ☐ Special process server    ☐ Licensed private detective

In 2, enter the amount of money owed to you.

**2. Information about the lawsuit:**
   Amount claimed: $*30,000.00*

*Filed by Appellant Plaintiff, and veteran: [signature] Ms. Helene Tonique Laurent Miller*

CS-S 705.2

Page 1 of 4

(08/21)

*Appeal case # 23-2281*

Enter the Case Number given by the Circuit Clerk: 20221014323

*Exhibit C5*

| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** |
|---|---|---|

**Name** *(First, Middle, Last):* Ms. Helene Tanique Laurent Miller
**Street Address, Unit #:** P.O. Box 1243
**City, State, ZIP:** Chicago IL, 60690
**Telephone:** 312-402-7761    **Email:** blueberry0037@yahoo.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person receiving this *Small Claims Summons* (Defendant):**

You have been sued. Read all the documents attached to this *Small Claims Summons*.

You must attend court on the court date that day. If you do not attend, you could lose the case. If you are not ready for trial on your court date, you may ask the judge for more time. The judge does not have to give you more time.

In 4, the plaintiff should enter:
- The court date and time (this will be a date 40-61 days from filing).
- The address of the courthouse.
- The call-in or video conference information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

For more information about how to complete 3, see *How to File & Serve a Small Claims Complaint* at illinoiscourts.gov/documents-and-forms/approved-forms.

**STOP!**
The Circuit Clerk will fill in this section.

**4.** **Instructions for the person receiving this *Small Claims Summons* (Defendant):**
You must attend court on the date below:

1/9/2023 at 9:30 ☑ a.m. ☐ p.m. in 1112
*Date*         *Time*                        *Courtroom*

**In-person at:** Zoom Hearing!

*Courthouse Address*     *City*          *State*     *ZIP*
**OR**

**Remotely** (you may be able to attend this court date by phone or video conference. This is called a "Remote Appearance.")

By telephone: _____
*Call-in number for telephone remote appearance*

By video conference: _____
*Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc)*

Call the Circuit Clerk at: _____ or visit their website
*Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
*Circuit Clerk's website*

**STOP!**
The officer or process server will fill in the Date of Service.

**Witness this Date:** IRIS MARTINEZ NOV 29 2022                *Seal of Court*

**Clerk of the Court:** _____

**Date of Service:** _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Filed by Appellant, Plaintiff, and Veteran: Ms Helene Tanique Laurent Miller

*Appeal Case #23-2281    4-18-2024*

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| | | |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** <br> _Cook_ **COUNTY** | **PROOF OF SERVICE OF SMALL CLAIMS SUMMONS & SMALL CLAIMS COMPLAINT** | **For Court Use Only** <br> *Exhibit C⁶* <br> FILED <br> NOV 29 2022 <br> IRIS Y. MARTINEZ <br> CLERK OF THE CIRCUIT COURT <br> OF COOK COUNTY, IL |

| **Instructions ▾** | |
|---|---|
| Directly above, enter the name of the county where you are filing the case. | *Ms. Helene Tonique Laurent Miller* <br> **Plaintiff** *(First, middle, last name)* |
| Enter your name as Plaintiff. | v. |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name):* <br> *Social Security Administration et Al.* |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**Case Number:** *2022 01 4323*

**\*STOP. Do not complete the rest of this form. The Circuit Clerk, sheriff, or special process server will fill in the form.\***

My name is _____ , and I state:
    *First, Middle, Last*

☐    that I served the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,

_____ as follows:
    *First, Middle, Last*

**By Circuit Clerk:**

☐    By certified mail mailed by the Circuit Clerk:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____

**By sheriff or special process server:**

☐    Personally on the Defendant:
    Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____

☐    On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    And left it with: _____
        *First, Middle, Last*
    Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____
                                                                                                                *Date*

☐    On the Corporation's agent, _____
        *First, Middle, Last*
    Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____

*Filed by Appellant Plaintiff and Veteran: Delusia Ms. Helene Tonique Laurent Miller*

Appeal case #23-2281

Enter the Case Number given by the Circuit Clerk: 2022101 4323

☐ **I was not able to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,**

_____    *Exhibit C 7*
*First, Middle, Last*

I made the following attempts to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective,** your signature certifies that everything on the *Proof of Service of Small Claims Summons and Small Claims Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:*     ☐ Circuit Clerk
                    ☐ Sheriff
                    ☐ Sheriff outside Illinois:

                    *County and State*
                    ☐ Special process server
                    ☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return:    $ _____
Miles: _____         $ _____
Total:                 $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Filed by Appellant, Plaintiff, and veteran: Delmira Lms. Dalene Jingle laurent Miller

*Appeal Case # 23-2281*                    *4-18-2024*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** Cook **COUNTY** | **SMALL CLAIMS SUMMONS** | | *For Court Use Only* FILED NOV 29 IRIS CLERK OF THE CIRCUIT COURT OF COOK |

| | |
|---|---|
| **Instructions ▼** Directly above, enter the name of the county where you are filing the case. | Ms. Helene Tonique Laurent Miller **Plaintiff** *(First, middle, last name)* |
| Enter your name as Plaintiff. | v. |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** *(First, middle, last name or business name):* Social Security Administration et AT. H.M. |
| Enter the Case Number given by the Circuit Clerk. | **2022L014323** **Case Number** Exhibit C8 |
| | ☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff:** | If you are suing more than 1 Defendant, fill out a *Small Claims Summons* form for each Defendant. |

| | |
|---|---|
| In 1a, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information** *Please Serve A Person of* **a.** Defendant/Respondent's primary address/information for service: of **Name** *(First, Middle, Last):* Social Security Administration office Registered Agent's name, (if any): None Street Address, Unit #: 605 W. Washington BLVD City, State, ZIP: Chicago IL 60661-9911 Telephone: None Known Email: None Known |
| In 1b, enter a second address for Defendant/ Respondent, if you have one. | **b.** If you have more than one address where Defendant/Respondent might be found, list that here: Please serve A Person of **Name** *(First, Middle, Last):* Social Security Administration office Street Address, Unit #: 2127 W. Lawrence Ave City, State, ZIP: Chicago IL 60625-1409 Telephone (877) 409-8426 Email: None Known |
| In 1c, check how you are sending your documents to Defendant/ | **c.** Method of service on Defendant/Respondent ☐ Circuit Clerk ☑ Sheriff ☐ Sheriff outside Illinois: _____ *County & State* ☐ Special process server ☐ Licensed private detective |
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:** Amount claimed: $30,000.00 |

*Filed by Appellant, Plaintiff, and Veteran: [signature] Ms Helene Tonique Laurent Miller*

CS-S 705.2                    Page 1 of 4                    (08/21)

4-18-2024

Appeal Case # 23-2281

Enter the Case Number given by the Circuit Clerk: 20221014323

Exhibit C 9

<table>
<tr><td>In 3, enter your complete address, telephone number, and email address, if you have one.</td><td>

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last):* Ms. Helene Tanique Laurent Miller

Street Address, Unit #: P.O. Box 1243

City, State, ZIP: Chicago IL, 60690

Telephone: 312-402-7761     Email: blueberry0037@yahoo.com
</td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

<table>
<tr><td>**Important information for the person receiving this *Small Claims Summons* (Defendant):**</td><td>

You have been sued. Read all the documents attached to this *Small Claims Summons.*

You must attend court on the court date below. The judge may want to have a trial on that day. If you do not attend, you could lose the case. If you are not ready for trial on your court date, you may ask the judge for more time. The judge does not have to give you more time.
</td></tr>
</table>

<table>
<tr><td>

In 4, the plaintiff should enter:

• The court date and time (this will be a date 40-61 days from filing).

• The address of the courthouse.

• The call-in or video conference information for remote appearances (if applicable).

• The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

For more information about how to complete 3, see *How to File & Serve a Small Claims Complaint* at illinoiscourts.gov/documents-and-forms/approved-forms.

</td><td>

**4. Instructions for the person receiving this *Small Claims Summons* (Defendant):**

You must attend court on the date below:

<u>1/9/2023</u> at <u>9:30</u> ☑ a.m. ☐ p.m. in <u>1112</u>
*Date*            *Time*                    *Courtroom*

**In-person at:** Zoom Hearing!

_____
*Courthouse Address*   *City*              *State*      *ZIP*
**OR**

**Remotely** (you may be able to attend this court date by phone or video conference. This is called a "Remote Appearance.")

By telephone: _____
*Call-in number for telephone remote appearance*

By video conference: _____
*Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc)*

Call the Circuit Clerk at: _____ or visit their website
                              *Circuit Clerk's phone number*

at: _____ to find out more about how to do this.
    *Circuit Clerk's website*

</td></tr>
</table>

<table>
<tr><td>

**STOP!**
The Circuit Clerk will fill in this section.

</td><td>

IRIS MARTINEZ NOV 29 2022

**Witness this Date:** _____

**Clerk of the Court:** _____

*Seal of Court*

</td></tr>
</table>

<table>
<tr><td>

**STOP!**
The officer or process server will fill in the Date of Service.

</td><td>

**Date of Service:** _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

</td></tr>
</table>

Filed by Appellant, Plaintiff, and Veteran: Defendant Ms. Helene Tanique Laurent Miller

*Appeal case # 23-228 1*  *4-18-2024*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SMALL CLAIMS SUMMONS & SMALL CLAIMS COMPLAINT | For Court Use Only |
|---|---|---|
| **Cook** COUNTY | | FILED NOV 29 2022 IRIS Y. MARTINEZ CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL |

| **Instructions** ▼ | |
|---|---|
| Directly above, enter the name of the county where you are filing the case. | *Ms. Helene Tonique Laurent Miller* **Plaintiff** (First, middle, last name) |
| Enter your name as Plaintiff. | v. |
| Enter the names of all people or businesses you are suing as Defendants. | **Defendants** (First, middle, last name or business name): *Social Security Administration et Al.* |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

Case Number: *20221014323*

*Exhibit C* 10

**\*STOP. Do not complete the rest of this form. The Circuit Clerk, sheriff, or special process server will fill in the form.\***

My name is _____ , and I state:
*First, Middle, Last*

☐ that I served the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,
_____ as follows:
*First, Middle, Last*

**By Circuit Clerk:**

☐ By certified mail mailed by the Circuit Clerk:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

**By sheriff or special process server:**

☐ Personally on the Defendant:
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

☐ On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____ .
*Date*

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male: ☐ Female: ☐ Non-Binary: ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

*Filed by Appellant, Plaintiff, and Veteran: Administrator Helene Tonique Laurent Miller*

*4-18-2024* (handwritten)

*Appeal case # 23-2281* (handwritten)

Enter the Case Number given by the Circuit Clerk: *2022104323* (handwritten)

☐ **I was not able to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant,**

_____     *Exhibit C 11* (handwritten)
*First, Middle, Last*

I made the following attempts to serve the *Small Claims Summons* and *Small Claims Complaint* on the Defendant:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Street Address, Unit #: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| |
|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. |
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |

**If you are a special process server, sheriff outside Illinois, or licensed private detective,** your signature certifies that everything on the *Proof of Service of Small Claims Summons and Small Claims Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.

**By:**                                         **FEES**

_____    Service and Return: $ _____
*Signature by:*   ☐ Circuit Clerk          Miles: _____   $ _____
                  ☐ Sheriff                Total:             $ 0.00
                  ☐ Sheriff outside Illinois:

_____
                  *County and State*
                  ☐ Special process server
                  ☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

*Filed by Appellant, Plaintiff, and Veteran:* (handwritten, rest illegible signature)

**FILED**

OCT 26 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

4-18-2024

Complaint - Verified Appeal CCSe # 23-2281    (12/01/20) CCM 0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, 1st MUNICIPAL DISTRICT 12

Ms. Helene Tonique Laurent Miller

_____ Plaintiff(s)

v.

Social Security Administration
et Al.

_____ Defendant(s)

Case No. **20221014323** Exhibit C
Judge: Courtroom, 1112

Contract: _____

Amount Claimed: $30,000.00 (per Defen

Return Date: _____

### COMPLAINT Part 1

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

I Ms. Helene Tonique Laurent Miller, who's the (Plaintiff)
within this civil lawsuit, and also the Veteran with
both work related/service connected disabilities
was denied my civil rights while filing for SSI/
Disability claims. My benefits were fabricated,
my identity was wrongfully used, I was treated like
a civilian instead of a veteran who served, the
adjudicator/management team of the "Illinois Department
of Human Services Bureau of Disability Services,"
rejected phone calls, lied about medical documents,
and tried to contraband me for my claim.

I, Ms. Helene Tonique Laurent Miller, certify that I am
_____(Name)

the Pro Sé / Self Represent plaintiff in the above entitled action.
_____(Name of Attorney if applicable)

Filed by Appellant, Plaintiff, and Veteran Ms. Helene Tonique Laurent Miller

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Page 1 of 2

11-29-2022

Page 1

Appeal case # 23-2281

4-18-2024

**Complaint - Verified**                    (12/01/20) CCM 0008 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

#### MUNICIPAL DEPARTMENT, 1st MUNICIPAL DISTRICT

Ms. Helene Tonique Laurent Miller

Plaintiff(s)

v.

Social Security Administration et Al.

Defendant(s)

Case No. 20221014323

Contract: None

Amount Claimed: $30,000.00

Return Date: _____

Exhibit C 13

(Amended **COMPLAINT** )

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

See all attachments including Complaint 1 / Complaint 2 (Page 1-1ª), (Page 2-3), and (Exhibits A1-A3). I Ms. Helene Tonique Laurent Miller, who's also the Plaintiff within this civil Amended lawsuit, and who's also a Veteran verify that all attachments including Complaint 1 / Complaint 2 (Pages 1-1ª-3) with exhibits A1-A3 should be added within my Amended complaint!

11-29-2022

I, Ms. Helene Tonique Laurent Miller certify that I am

(Name)

the ( Pro Se ) plaintiff in the above entitled action.

(Name of Attorney if applicable)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**

cookcountyclerkofcourt.org

Filed by Appellant, Plaintiff, and veteran:- Admiral Ms. Helene Tonique Laurent Miller

( *My Copy* )  *Appeal Case # 23-2281*  4-18-2024

## The Circuit Court of Cook County Illinois

*Case number # 2022 1014323*  *Exhibit C 14*

Ms. Helene Tonique Laurent Miller

(Plaintiff/Veteran)

Vs.

Social Security Administration

Et Al.

(Defendants)




**ChooseVA**

**Veterans Identification Card**
**HELENE T L MILLER**

This card serves as proof of service in the Uniformed Services of the United States
nd does not reflect entitlement to any benefits administered by the Department
f Veterans Affairs.



### Notice of extended complaint part 2/

### Motion for additional defendant/party

### Members Illinois Department of Human

### Services to be granted!

I Ms. Helene Tonique Laurent Miller, who's the Plaintiff within this civil lawsuit/case, a wounded/disabled veteran who served in the Army National Guard's, and also whose a client of both the Social Security Administration and the Illinois Department of Human Services, would like to move to file before the circuit court and assigned law Judge of this case my *"Notice of Extended Complaint part 2,"* and my *"Motion for additional defendant/party Members Illinois Department of Human Services"* to be granted.

Filed by Appellant, Plaintiff, and veteran: *Helene Tonique Laurent Miller*

### Notice of Extended Complaint part 2!

I Ms. Helene Tonique Laurent Miller, who's none Black/African American female, who's actually a *Hawaiian/ Native Indian American (Cherokee)*, have had issues with many public services programs correctly identifying me by the correct race, and racially profiling me as a Black/African American female instead believe most of the benefits I could've been receiving were denied due to intentional incorrect racial identification against/Racial profiling.

10-28-2022
11-29-2022                    *Page 1*

Appeal case # 23-2281    4-18-2024

**The Circuit Court of Cook County Illinois**

Case number # 20221014323

Exhibit C 15

I feel as though I've been socially denied the right to be accepted by my correct race which is *Hawaiian/ Native Indian American (Cherokee).* I also feel these public services programs intentionally are forcing me to be a Black/African American female in order to hold me hostage within the Black/African American cult/race in order to deny me my benefits. I originally filed for my Social Security benefits in June of 2022 with the Social Security Administration, but for my case for benefits winded up also being connected to the Illinois Department of Human Services. I also filed for AABD cash benefits due to my disability, and was denied. I was told you have to be pregnant, a refugee, or an immigrant to qualify for **TANF** cash benefits and didn't meet eligibility. So I applied for **AABD** instead due to me being a both work/service connected Army National Guard's veteran with disabilities.

Filed by Appellant, Plaintiff, and Veteran: Admiral Ms. Helene Triquel amant Milly

I was denied once again, and this was due to their requirements being aged, blind, or approved for disability by the Social Security Administration all in which actually violated my civil rights, human rights, and my constitutional 14th amendment rights of immunity due to me being an honored and recognized *United States Army National Guard's veteran/Purple Heart Surrogate!* Now realizing that both the *Social Security Administration and Illinois Department of Human Services are* connected, it's a possibility that my benefits may have been offered to Refugees/Immigrants and my Social Security account may have been hacked by the Illinois Department of Human Services program *Public Aid office & Agents*. I was offered a "Right to Sue letter" by the Bureau of Hearings for Illinois Appeals division of the Illinois Department of Human Services on 9/07/2022 (see exhibit A1).

10-28-2022

Page 2





**Choose VA**

**Veterans Identification Card**
**HELENE T L MILLER**




*Appeal Case # 23-2281*

*4-18-2024*

# The Circuit Court of Cook County Illinois

*Case number # 20221014323*

*Exhibit C 16*

Additional evidence would be (exhibits A2-A3) proof of both the Social Security Administration

and Illinois Department of Human Services/ Public Aid office being connected. For this reason,

I'd like to be granted my motion to add the Illinois Department of Human Services as additional

Defendants to be served and summoned into this case, and this concludes my additional filing into

this case.

_Ms. Helene Tonique Laurent Miller_ X                                        10/28/2022

Ms. Helene Tonique Laurent Miller (Plaintiff/Veteran)

P.O. Box 1243 Chicago IL, 60690

Cell: (312)-402-7761

Email: blueberry0037@yahoo.com



**Veterans Identification Card**
**HELENE T L MILLER**



This card serves as proof of service in the Uniformed Services of the United States
nd does not reflect entitlement to any benefits administered by the Department
f Veterans Affairs.



Filed by Appellant, Plaintiff, and veteran: *Helene Tonique Laurent Miller*

Page 3

*Case number # 2022104323*
*4-18-2024*
*Appeal case # 23-2281*
Bureau of Hearings

SEP 0 7 2022

Final Administrative Decision



**IDHS**
Illinois Department of Human Services

JB Pritzker, *Governor*

Grace B. Hou, *Secretary*

*Exhibit C 17*

Helene Tonique Miller
P.O. Box 1243
Chicago, IL 60690

ChooseVA

**Veterans Identification Card**
**HELENE T L MILLER**





Dear Helene Tonique Miller:

The Illinois Department of Human Services reviewed your appeal, considered and
adopted the Findings of Fact of the Administrative Law Judge, and issued the
Department's Final Administrative Decision, a copy of which is attached. The
decision is reviewable only through the Circuit Courts of the State of Illinois. The
time the Circuit Court will allow for filing for such review may be as short as 35
days from the date of this letter, which is the date that it was deposited in the
United States mail.

Sincerely,

*Grace B. Hou*

GRACE B. HOU
SECRETARY

GBH/erm
Attachment

Cc:
Nana Darko, South Loop FCRC, Chicago, IL, 60605-2351

*10-28-2022*

*Exhibit A 1 By: Myself*
*Admin Mrs Helene Tonique Laurent Miller*
*Filed by Appellant, Plaintiff, and Veteran?*

*Appeal case # 23-2281*      *4-18-2024*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*Exhibit D*

|  |  |
|---|---|
| HELENE TONIQUE LAURENT MILLER,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | No. 23 C 84 |
| ) | |
| SOCIAL SECURITY ADMINISTRATION,   ) | Judge Seeger |
| EZEKIEL SAKYIAMA, MOUNT SINAI   ) | |
| MEDICAL GROUP, GILBERTO MUNOZ,   ) | Formerly Case No. 2022-M1-014323 |
| ILLINOIS DEPARTMENT OF HUMAN   ) | Circuit Court of Cook County, Illinois |
| SERVICES BUREAU OF DISABILITY,   ) | |
| NANA DARKO, and ILLINOIS   ) | |
| DEPARTMENT ON AGING,   ) | |
| ) | |
| Defendants.   ) | |

## SOCIAL SECURITY ADMINISTRATION'S MOTION
## TO REFER THIS CASE TO THE EXECUTIVE COMMITTEE AND TO DISMISS

Defendant Social Security Administration, by its attorney, John R. Lausch, Jr., United

States Attorney for the Northern District of Illinois, moves to transfer this case to the Executive

Committee in keeping with a current restricted-filer order against plaintiff and to dismiss pursuant

to Federal Rule of Civil Procedure 12(b)(1) for lack of jurisdiction and in support states as follows:

1.     *Pro se* plaintiff Helene Tonique Laurent Miller filed a complaint against the Social

Security Administration ("SSA").and a number of other non-federal defendants in the Circuit

Court of Cook County, Illinois, on November 29, 2022. Dkt. 1, Ex. A. It is difficult to discern

Miller's complaint, which alleges that SSA benefits she filed for were "connected to the Illinois

Department of Human Services" (Dkt. 1, p. 17 (within Ex. A)), and that the Illinois Department of

Human Services may have hacked her SSA account (*id.*). SSA removed the case to federal court

under 28 U.S.C. § 1442 and now moves to dismiss the complaint because this court lacks

jurisdiction under the derivative jurisdiction doctrine.

Filed by Appellant, Plaintiff, and Veteran: Admiral Mrs. Helene Tonique Laurent Miller

*4-18-2024*

*Appeal case # 23-2281*

*Exhibit D¹*

2.      Helene Miller, who is also known as Helene Williams,[1] is currently a restricted filer

in this district, and that restriction extends to "complaints filed by Ms. Williams and transferred to

this Court from another jurisdiction [which] shall be reviewed by the Executive Committee to

determine whether they should be filed." *In the matter of Helene Re-Re T. Williams,* No. 18 C

5213 (N.D. Ill.), Dkt. 50 (Jan. 22, 2021).  Accordingly, this matter should be transferred to the

Executive Committee for determination.

3.      Under the derivative jurisdiction doctrine, a federal court's § 1442 removal

jurisdiction is derivative of that of the state court. *Minnesota v. United States,* 305 U.S. 382, 389

(1939); *Arizona v. Manypenny,* 451 U.S. 232, 242 n.17 (1981); *Edwards v. U.S. Dep't of Justice,*

43 F.3d 312, 316 (7th Cir. 1994) ("If the state court where an action was initially filed lacked

subject matter jurisdiction over the action, a federal court acquires none upon removal, even if the

federal court would have had jurisdiction if the case were originally brought in federal court.");

*Ricci v. Salzman,* 976 F.3d 768, 773 (7th Cir. 2020) ("When the derivative jurisdiction doctrine is

timely raised, then, it properly results in dismissal without prejudice.").

4.      Here, the Circuit Court of Cook County lacked jurisdiction over the action against

the SSA.   Jurisdiction to review SSA determinations is granted *exclusively* to federal courts

pursuant to 42 U.S.C. § 405(g). *Williams v. Califano,* 593 F.2d 282, 284 n.2 (7th Cir. 1979).

Under 42 U.S.C. § 405(h), "[n]o findings of fact or decision of the Commissioner of Social

Security shall be reviewed by any person, tribunal, or governmental agency except as herein

provided." Since the state court lacked jurisdiction over this case, this federal court did not acquire

subject matter jurisdiction upon removal. As the court stated in *McCarter v. John Hancock Ctr.,*

*Filed by Appellant, Plaintiff, and veteran: Helene Tonique Laurent Miller*

---

[1] *See In the matter of Helene Re-Re T. Williams,* No. 18 C 5213 (N.D. Ill.), Docket
("Helene Re-Re T. Williams aka Ms. Helene Tonique Laurent Miller").

*Appeal Case # 23-2281*

*4-18-2024*

*Exhibit D2*

No. 02 C 6121, 2002 WL 31875470, at *2 (N.D. Ill. Dec. 26, 2002), "the doctrine of derivative

jurisdiction is alive and well in the Seventh Circuit, and its application here requires that this case

be dismissed for lack of subject matter jurisdiction."

WHEREFORE, this case should be dismissed as to the Social Security Administration for

lack of jurisdiction and remanded to the Circuit Court of Cook County.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kate Lambert
KATE LAMBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635
kate.lambert@usdoj.gov

*Filed by Appellant, Plaintiff, and Veteran: [handwritten signature]*

*Appeal Case# 23-2281*    *4-18-2024*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

*Exhibit D³*

| | |
|---|---|
| HELENE TONIQUE LAURENT MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>EZEKIEL SAKYIAMA, MOUNT SINAI )<br>MEDICAL GROUP, GILBERTO MUNOZ, )<br>ILLINOIS DEPARTMENT OF HUMAN )<br>SERVICES BUREAU OF DISABILITY, )<br>NANA DARKO, and ILLINOIS )<br>DEPARTMENT ON AGING, )<br>)<br>Defendants. ) | No. 23 C 84<br><br>Judge Seeger<br><br>Formerly Case No. 2022-M1-014323<br>Circuit Court of Cook County, Illinois |

### Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with

Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following

document:

### SOCIAL SECURITY ADMINISTRATION'S MOTION
### TO REFER THIS CASE TO THE EXECUTIVE COMMITTEE AND TO DISMISS

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by

first-class mail on January 10, 2023, to the following non-ECF filers:

Helene Tonique Laurent Miller (*pro se*)
P.O. Box 1243
Chicago, IL 60690
blueberry0037@yahoo.com

s/ Kate Lambert
KATE LAMBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635
kate.lambert@usdoj.gov

*Filed by Appellant, Plaintiff, and veteran: Helene Tonique Laurent Miller*

MBH
4-18-2024

1/10/2023

Admiral Ms. Helene Tanique Laurent Miller

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

(Admiral U.S. Navy Veteran)          Appeal Case # 23-2281
Ms. Helene Tanique Laurent-Miller )
_____Plaintiff_____ )          Case Number: 1:23-CV-00084
                                   )
           v.                      )   Judge: Steven C. Seeger
                                   )
Social Security Administration )   Magistrate Judge: Beth W. Jantz
et Al.                             )
_____Defendant_____ )              Exhibit D4

**FILED**                 Notice of filing/        Attn: Chief Judge
                     Notice of Appeal               Rebecca R.
JAN 10 2023                                          Pallmeyer!
                     Objection against entries/
THOMAS G. BRUTON     orders #4 + Clerk Notice!
CLERK, U.S. DISTRICT COURT

I Admiral Ms. Helene Tanique Laurent Miller, who's
the Plaintiff/Veteran within this case would
like to file an appeal against the "Notice of
Removal Case," and strike federal jurisdiction
over this case within the federal District
Court of Northern District Eastern Division! I'd
also like to strike against the "Clerk Notice +
Order #4! This is due to case # 1-18-CV-5213,
therefor this case is moot, frivolous, and maliciously
filed!

Filed by Appellant, Plaintiff, and Veteran: Admiral Ms. Helene Tanique Laurent Miller

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Appeal case # 23-2281        MOH
                             4-18-2024

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Admiral/Ms. Helene Tonique Laurent Miller )
**Plaintiff**                             )
                                          )
                                          )
              v. Judge                    )
Steven C. Seeger et Al.                   )
**Defendant**                             )

**Case Number:** 1:23-CV-00084

**Judge:** Steven C. Seeger

**Magistrate Judge:** Unknown

Exhibit D5

**FILED**

JAN 13 2023  LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Appeal
to the 7th Circuit
Objection of order
entered 1|13|2023 #12

I Admiral Ms. Helene Tonique Laurent Miller the Plaintiff
moue to both object/Appeal this case to the 7th Circuit
court of Appeals due to Appeal case No. 23-1077
Which is still pending!

Filed by Appellant, Plaintiff, and Veteran:
→ Admiral Ms. Helene Tonique Laurent Miller

Admiral Ms. Helene Tonique Laurent Miller

1-13-2023

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]