# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 26, 2024

*Before*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 23-2281 | |
| HELENE TONIQUE LAURENT MILLER, *Plaintiff-Appellant,* v. EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. No. 18 CV 05213 Rebecca R. Pallmeyer, *Chief Judge.* |

**O R D E R**

On consideration of the petition for rehearing filed by plaintiff-appellant on April 24, 2024, all members of the original panel have voted to deny the petition for rehearing.

Accordingly, the petition for rehearing is hereby **DENIED**.