# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 8, 2025

*Before*
MICHAEL B. BRENNAN, *Chief Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 23-2281 | IN RE: HELENE TONIQUE LAURENT MILLER, Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-05213 Northern District of Illinois, Eastern Division District Judge Rebecca R. Pallmeyer ||

Upon consideration of the **NOTICE OF FILING/REQUEST TO LIFT RESTRICTED FILER STATUS WITHIN THE SEVENTH CIRCUIT & DISTRICT COURT**, filed on September 11, 2025, by the pro se appellant,

**IT IS ORDERED** that the motion is **DENIED**. Although appellant Helene Tonique Laurent Miller has paid her $500 sanction, she has unpaid filing fees in the district court and court of appeals. For example, she still owes the district court and appellate fees in *Miller v. City of Chicago*, 18-cv-4932 (N.D. IL), 18-3444 (7th Cir.). Miller is reminded that if, despite her best efforts, she is unable to pay all outstanding fees, she is authorized to file a motion to modify or rescind this order no earlier than April 17, 2026, arguing why lifting the bar is nevertheless appropriate.

form name: **c7_Order_3J**   (form ID: **177**)